UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                          Case No. 1:26-cr-35-7

v.

                          HON. JANE M. BECKERING

LUE CHANEL WILLIAMS,

      Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on May 26, 2026 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (ECF No. 107) is approved and adopted as the opinion of the Court.

2.     Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count 12 of the Indictment.

3.     The written plea agreement is hereby continued under advisement pending sentencing.

Dated: June 10, 2026                           /s/ Jane M. Beckering
                                           JANE M. BECKERING
                                           United States District Judge